IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHONARI WARREN,** | : | **CIVIL NO. 1:12-CV-1819** |
| **Petitioner** | : | **(Judge Rambo)** |
| **v.** | : | **(Magistrate Judge Mehalchick)** |
| **DEBRA SAUERS,** *et al.*, | : | |
| **Respondents** | : | |

## O R D E R

AND NOW, this 24th day of February, 2015, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Mehalchick.

2) The petition for writ of habeas corpus is **DENIED** and is **DISMISSED WITH PREJUDICE**.

3) This court declines to issue a certificate of appealability.

4) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
United States District Judge