IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHONARI WARREN,** | : | Civil No. 1:12-cv-1819 |
| Petitioner, | : | |
| v. | : | |
| **DEBRA SAUERS, et al.,** | : | |
| Respondent. | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion filed pursuant to Federal Rule of Civil Procedure 60(b)(6) (Doc. 59) is **DENIED**.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge

Dated: April 12, 2017